UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

JERALD WAYNE THOMPSON,

Plaintiff,

1:23-cv-00769-YY

COMMISSIONER OF SOCIAL
SECURITY,

Defendant.

------------------------------------------------------------

Order Awarding Attorney's Fees
pursuant to the Equal Access to Justice Act,
28 U.S.C. § 2412(d)

Before the Court is the Motion of Plaintiff, Jerald Wayne Thompson, for an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of the defendant commissioner, and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to his counsel,

**IT IS HEREBY ORDERED** that attorney fees in the amount of Fifteen Thousand Three Hundred Sixty-Six Dollars and Fifty-Nine Cents ($15,366.59) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of Four Hundred Two Dollars and Zero Cents ($402.00) pursuant to 28 U.S.C. § 1920 are awarded to Plaintiff. *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees and costs shall be made payable to Plaintiff's attorney, Edward A. Wicklund. Payment may be made either by electronic fund transfer (EFT) or by check.

If paid by check, whether the check is made payable to Plaintiff or to Edward A. Wicklund, the check shall be mailed to Edward A. Wicklund at the following address:

250 South Clinton Street
Suite 210
Syracuse, NY 13202

So ordered.

Signed on August 21, 2024.

/s/ Youlee Yim You
_____
United States Magistrate Judge